# Court of Appeals
## Tenth Appellate District of Texas

═══════════════

10-25-00114-CR

═══════════════

Jesse Lee Drones,
Appellant

v.

The State of Texas,
Appellee

═══════════════

On appeal from the
278th District Court of Walker County, Texas
Judge Erwin Ernst, presiding
Trial Court Cause No. 20,028-C

═══════════════

JUSTICE SMITH delivered the opinion of the Court.

## MEMORANDUM OPINION

Jesse Lee Drones appeals from a judgment of conviction imposed and signed by the trial court on May 22, 2002.

This Court informed Drones by letter from the Clerk dated April 14, 2025, that it appears that the notice of appeal was untimely. The Clerk further informed Willis that the appeal would be dismissed unless a response was filed showing grounds to continue the appeal no later than April 28, 2025.

Drones did not respond to the Clerk's letter.  We find that the notice of appeal was not timely.  Therefore, this appeal is dismissed for want of jurisdiction.  *See* TEX. R. APP. P. 26.2.

 

_____

STEVE SMITH
Justice

OPINION DELIVERED and FILED:  May 8, 2025

Before Chief Justice Johnson,
      Justice Smith, and
      Justice Harris
Dismissed
Do not publish
CR25

